```
             UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF MISSISSIPPI
                   NORTHERN DIVISION
```

JUSTIN DEWAYNE DICKERSON                              PETITIONER

VERSUS                       CIVIL ACTION NO. 3:23-CV-3097-TSL-RPM

BURL CAIN                                             RESPONDENT

<u>ORDER</u>

     This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge Robert P. Myers, and the court, having fully reviewed the report and recommendation entered in this cause on January 7, 2025, and no objection having been filed and being duly advised in the premises, finds that said report and recommendation should be adopted as the opinion of this court.

     IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Robert P. Myers on January 7, 2025, is hereby adopted as the opinion of this court. Accordingly, it is further ordered that respondent's motion to dismiss is granted and that the petition for writ of habeas corpus, filed pursuant to § 2254, is hereby dismissed.

     It is further ordered that a certificate of appealability is denied. Petitioner has failed to show that jurists of reason would find it debatable whether the application "states a valid claim of the denial of a constitutional right and that jurists of

reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484, 120 S. Ct. 1595, 146 L. Ed. 2d 542 (2000).

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 6th day of February, 2025.


                              /s/ Tom S. Lee
                              UNITED STATES DISTRICT JUDGE